John D. Guerrini   (190972)
**THE GUERRINI LAW FIRM**
106 South Mentor Avenue, Suite 150
Pasadena, CA 91106
626-229-9611 telephone
626-229-9615 facsimile
guerrini@guerrinilaw.com
Attorneys for Plaintiff and Judgment Creditor GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR THE ESTATE OF WL HOMES, LLC, et al.

[13271]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR THE ESTATE OF WL HOMES, LLC, et al., <br><br>Plaintiff, <br><br>vs. <br><br>ULTRA GLASS INC., <br><br>Defendant. | CASE NO. 2:13-MC-00096-MCE-KJN <br><br>*Honorable Morrison C. England, Jr.* <br><br>**ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** |

The Court has reviewed Plaintiff's Request for Order for Service of Process by Registered Process Server.

///

///

///

///

-1-

ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER

///

IT IS HEREBY ORDERED that American Legal Support Services, Inc. who is at least 18 years of age of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case.   The U.S. Marshals Office will remain the levying officer.

    IT IS SO ORDERED.

Dated:   December 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

-2-
ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER